UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| DYLAN MARDIS, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 2:08CV63 JCH |
| | ) | |
| HANNIBAL PUBLIC SCHOOL DISTRICT, #60, | ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| JILL JANES, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

This matter is before the Court upon Plaintiff's Motion to Modify Case Management Order, filed May 6, 2009. (Doc. No. 30). Upon consideration, the Court will grant the Plaintiff's Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Modify Case Management Order (Doc. No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall disclose all expert witnesses and shall provide reports required by Fed.R.Civ.P. 26(a)(2), no later than **June 1, 2009**, Plaintiff shall produce his expert witnesses for deposition on or before **July 1, 2009**.

**IT IS FURTHER ORDERED** that Defendants shall disclose all expert witnesses and shall provide reports required by Fed.R.Civ.P. 26(a)(2), no later than **August 3, 2009**, and shall make expert witnesses available for deposition, and have depositions completed no later than **September 1, 2009**.

**IT IS FURTHER ORDERED** that requests for physical or mental examinations of parties pursuant to Rule 35, Fed.R.Civ.P., must be made no later than **July 1, 2009**, and any exam must be completed by **August 3, 2009**.

**IT IS FURTHER ORDERED** that the parties shall complete **all** discovery in this matter no later than **September 11, 2009**.

**IT IS FURTHER ORDERED** that this case shall be referred to alternative dispute resolution on **May 25, 2009**, and that reference shall terminate on **July 24, 2009**.

**IT IS FURTHER ORDERED** that any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or, if applicable, any motion to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) or Kuhmo Tire Co. Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than **October 12, 2009**. Any response shall be filed no later than **November 13, 2009**. Any reply shall be filed no later than **November 23, 2009**.

**IT IS FURTHER ORDERED** that this matter is set for a **JURY** trial on **Monday, March 1, 2010** at **9:00 a.m.** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that all other deadlines from this Court's original Case Management Order (Doc. No. 7) shall remain in effect.

Dated this   7th   day of May, 2009.


/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE