UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DYLAN MARDIS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:08CV63 JCH |
| ) | |
| HANNIBAL PUBLIC SCHOOL DISTRICT, ) | |
| #60, ) | |
| ) | |
| and ) | |
| ) | |
| JILL JANES, ) | |
| ) | |
| Defendant(s). ) | |

## **AMENDED ORDER**

This matter is before the Court upon Defendants' Amended Motion to Continue Mediation Schedule, filed June 25, 2009. (Doc. No. 37). Upon consideration, the Court will grant the Defendants' Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Amended Motion to Continue Mediation Schedule (Doc. No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case shall be referred to alternative dispute resolution on **December 15, 2009**, and that reference shall terminate on **February 1, 2010**.

**IT IS FURTHER ORDERED** that all other deadlines from this Court's Amended Case Management Order, dated May 18, 2009 (Doc. No. 33) shall remain in effect.

Dated this 29th day of June, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE