IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DYLAN MARDIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:08-CV63 |
| ) | |
| HANNIBAL PUBLIC SCHOOL ) | |
| DISTRICT #60, ) | |
| ) | |
| and ) | |
| ) | |
| JILL JANES, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**COME NOW** Defendants Hannibal Public Schools #60 ("the District") and Jill Janes ("Dr. Janes") (collectively, the "Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 56, and hereby move for summary judgment on all Counts of Plaintiff Dylan Mardis' ("Plaintiff") Amended Complaint. Support for Plaintiff's Motion is set forth in detail in Defendants' Memorandum of Law in Support, which is filed simultaneously herewith and incorporated by reference herein.

1

Respectfully submitted,

**MICKES GOLDMAN O'TOOLE, L.L.C.**

  /s/ Joseph M. Wientge, Jr.
Teri B. Goldman, #37883
tgoldman@mickesgoldman.com
Joseph M. Wientge, Jr., #57494
jwientge@mickesgoldman.com
555 Maryville University Drive, Suite 240
St. Louis, Missouri 63141
Office: (314) 878-5600/Fax: (314) 878-5607
DEFENDANTS HANNIBAL PUBLIC
SCHOOL DISTRICT #60
AND DR. JILL JANES

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via CM/ECF Filing on this 9th day of November, 2009, upon the following:

Branson L. Wood III
1001 Center St.
P.O. Box 1014
Hannibal, Missouri 63401
ATTORNEYS FOR PLAINTIFFS

  /s/ Joseph M. Wientge, Jr.